AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Albert, Theodor C. | 2. Court or Organization  U.S. Bankruptcy Court | 3. Date of Report  10/17/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

411 W. Fourth Street
Santa Ana, CA 92701-4593
Suite 5085

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Chapman University, Fowler School of Law | $6,390.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 2016 | Indian Wells | annual conference | two nights lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | J |
| 2. | Wells Fargo | credit card balance | J |
| 3. | Macy's credit | credit card balance | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 05/01/16 | J | | |
| 2. -Washington Mutual Investors Fund | A | Interest | L | T | | | | | |
| 3. -Learning Quest | A | Interest | J | T | | | | | |
| 4. Bank of America checking | A | Interest | J | T | | | | | |
| 5. Griffin, Lotz &Holzman 401k* header | C | Interest | L | T | | | | | |
| 6. -Am Funds The Growth Fund of America | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 7. -Am Funds The New Economy Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 8. -Am Funds Small Cap World Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 9. -Am Funds Washington Mutual Investors Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 10. -Am Funds The Income Fund of America | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 11. -The Bond Fund of America | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 12. -American High Income Trust | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 13. -U.S. Government Securities Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 14. -Intermediate Bond Fund of America | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 15. -American Funds Money Market Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 16. -Vanguard Energy | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 17. -Vanguard Health | A | Dividend | | | Sold | 06/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Intl Explorer | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 19. -Vanguard Mid and Small Cap | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 20. -Metro West Total Return | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 21. -PIMCO Emerging | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 22. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 23. Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 24. Wells Fargo Advisors #1 header | | | | | | | | | |
| 25. -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 26. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 27. -Darden Restaurants | A | Dividend | J | T | | | | | |
| 28. -Frontier Communications | A | Dividend | J | T | | | | | |
| 29. -General Electric Corp. | A | Dividend | J | T | | | | | |
| 30. -New York Community Bancorp. | A | Distribution | J | T | Buy (add'l) | 08/12/16 | J | | |
| 31. -Morgan Stanley Fix/Float CPA Note | A | Interest | J | T | | | | | |
| 32. -Morgan Stanley Fix/Float | A | Interest | K | T | | | | | |
| 33. -U.S. Treasury Bond | A | Interest | J | T | | | | | |
| 34. -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Morgan Stanley Emerging Market Fund | A | | K | T | | | | | |
| 36. -Eaton Vance Tax Managed Global | A | Dividend | J | T | | | | | |
| 37. -Eaton Vance Tax Managed | | | | | Sold (part) | 03/08/16 | K | A | |
| 38. -Gabelli Dividend&Income Trust | A | Dividend | J | T | Sold (part) | 02/12/16 | J | A | |
| 39. -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 40. -Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 41. -Frontier Communications | A | Dividend | J | T | | | | | |
| 42. -New York Comm Bancorp call | A | | | | Sold | 12/09/16 | J | A | |
| 43. -New York Comm Bancorp | A | | J | T | Buy | 08/12/16 | J | | |
| 44. -Hawaiian Elec. Inds I | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 45. -Olin Corp call | | None | J | T | Buy | 08/10/16 | J | | |
| 46. -Olin Corp call | | None | | | Sold | 03/21/16 | J | A | |
| 47. -Olin Corp | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 48. -Olin Corp. | A | Dividend | | | Sold | 08/12/16 | J | B | |
| 49. --Amgen Inc. call | A | Dividend | J | T | Sold (part) | 04/15/16 | J | A | |
| 50. Wells Fargo Advisors #2 header | | | | | | | | | |
| 51. -Cash sweep account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Two Harbors Invt. Corp. | A | Dividend | J | T | | | | | |
| 53. -Two Harbors Invt. Corp. | A | Dividend | | | Sold (part) | 09/27/16 | J | A | |
| 54. -LaSalle Bank Floating Rate | | None | K | T | | | | | |
| 55. Wells Fargo Advisors #3 IRA header | | | | | | | | | |
| 56. -La Salle Bank floating Rate | A | Interest | K | T | | | | | |
| 57. -Aust. Currency Shres DL ETF | | None | J | T | | | | | |
| 58. -SPDR DB Intl. Govt. | | None | J | T | | | | | |
| 59. -Xerox Corp. | A | Dividend | J | T | | | | | |
| 60. -C. SPLS 032015. | | None | J | T | | | | | |
| 61. -C SPLS 032015 | | None | J | T | | | | | |
| 62. -Staples Inc. | A | Dividend | | | Buy (add'l) | 03/08/16 | K | | |
| 63. -Apple call | A | Dividend | | | Sold | 06/06/16 | J | A | |
| 64. -Hecla Mining call | | None | | | Sold | 07/05/16 | J | A | |
| 65. -Hecla Mining | A | Dividend | | | Buy (add'l) | 07/19/16 | J | | |
| 66. -Hecla Mioning | A | Dividend | | | Sold (part) | 07/19/16 | J | A | |
| 67. -Hecla Mining | A | Dividend | | | Buy (add'l) | 11/02/16 | J | | |
| 68. -Hecla Mining | A | Dividend | | | Sold (part) | 11/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -AT&T | A | Dividend | J | T | Buy (add'l) | 11/04/16 | J | | |
| 70. -Guggenheim Build Am. | A | Dividend | K | T | Sold (part) | 04/19/16 | K | A | |
| 71. -Pfizer | A | Dividend | J | T | | | | | |
| 72. -Pfizer | A | Dividend | J | T | | | | | |
| 73. -Amgen. Inc. | A | Dividend | J | T | | | | | |
| 74. -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 75. -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 76. -Starz Series A | A | Dividend | | | Buy (add'l) | 03/08/16 | J | | |
| 77. -Starz Series A | A | Dividend | J | T | Sold (part) | 07/16/16 | J | A | |
| 78. -Starz Series A | A | Dividend | | | Buy (add'l) | 02/12/16 | J | | |
| 79. -Guggenheim Build Am. | A | Dividend | J | T | Sold (part) | 04/14/16 | K | B | |
| 80. -Deere&Co. | A | Dividend | J | T | Sold (part) | 06/08/16 | J | A | |
| 81. -Nuveen S&P 500 Buy-Write | A | Dividend | J | T | Buy (add'l) | 06/08/16 | J | | |
| 82. -Firstenergy Corp. | A | Dividend | J | T | | | | | |
| 83. -Google CL C Non-voting | | None | J | T | | | | | |
| 84. -Hertz Global Holdings | | None | J | T | | | | | |
| 85. -Ford Motor Co. | A | Dividend | J | T | Buy | 04/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -JPMorgan Chase med. notes | A | Interest | L | T | Buy | 07/19/16 | L | | |
| 87. -Hecla Mining | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 88. -Hecla Mining | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 89. -Fitbit, Inc. CL A | A | Dividend | K | T | Sold (part) | 09/27/16 | K | A | |
| 90. -Fitbit, Inc. CL A | A | Dividend | K | T | Buy | 09/27/16 | K | | |
| 91. -Hecla Mining call | | None | | | Buy | 11/02/16 | J | | |
| 92. -Hecla Mining Co. | A | Dividend | | | Sold | 11/04/16 | J | A | |
| 93. -At&T Inc. | A | Dividend | | | Buy (add'l) | 11/04/16 | J | | |
| 94. -Apple, Inc. call | | None | | | Buy | 11/14/16 | J | | |
| 95. -Apple, Inc. | A | Dividend | | | Sold (part) | 11/16/16 | J | A | |
| 96. -Apple, Inc. call | | None | | | Buy | 11/22/16 | J | | |
| 97. -Apple, Inc. | A | Dividend | | | Sold | 11/25/16 | J | A | |
| 98. The ▇▇▇ Trust (see partVIII) header | B | | | | | | | | |
| 99. -City National Bank | A | Interest | M | T | | | | | |
| 100. -Wells Fargo Bank | B | Interest | N | T | Distributed (part) | 08/18/16 | N | A | |
| 101. -WellsFargo Bank | B | Interest | N | T | Distributed (part) | 11/18/16 | N | A | |
| 102. -Chase Bank | A | Interest | | | Distributed | 08/18/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Union Bank | A | Interest | | | Distributed | 11/18/16 | M | A | |
| 104. -Bank of America | A | Interest | | | Distributed | 11/18/16 | J | A | |
| 105. -Edison Intl. Stock | A | Dividend | | | Redeemed | 08/18/16 | J | A | |
| 106. The ▓▓▓ Trust(see part VIII) | B | Int./Div. | M | T | Distributed (part) | 11/18/16 | N | | |
| 107. -▓▓▓ home held by trust | | | | | Sold | 10/21/16 | O | A | ▓▓▓ Tristan Kelley |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont.  Items #1  Georgia Dover Educational trsuts are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

Item # 5-31:  Griffin and Griffin*  at some time in recent past becasme known as Griffin, Lotz & Holzman.  This is _____ 401k plan maintained by _____ former employer and invested in American Funds: The Growth Fund of America-R3, The New Economy Fund r-3, Smallcap World Fund R3, The Income Fund of America R-3, American High Income Trust R-3, U.S. Securities Fund R-3, Intermediate Bond Fund of America R-3 and American Funds Money Market Fund R3 and the othe items shown at lines 5-21 were liquidated on or about 6/28/2016 and held as rollover cash in her IRA account held byWells Fargo Advisors.

Item # 22:  This account is the operating account for _____ lawfirm Gaskell & Brown.  Balance fluctuates daily.

Item #34:  This event is described by Wells Fargo Advisors, who manages the account, as a "return of capital" not a dividend

Items #s 98-107:  The _____ Trust was a testamentary trust created by _____ on Aug. 30, 1989. _____ was the second of these trustors to decease and by terms of the trust on _____ death I became the successor trustee . _____ passed away July 27, 2016. The funds described in the report were all deposit bank accounts except for a small sale of Edison stock.  All of those accounts were denominated in the name of The T____ Trust. The distributions as reported were all to designated beneficiaries of the trust, _____

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/17/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544